EDWARD W. SUMAN
ATTORNEY AT LAW
881 SNEATH LANE
SUITE 218
SAN BRUNO, CALIFORNIA 94066
650 583-3200
FAX: (650) 583-1689

June 12, 2007

via fax number 801.620.6393 and U.S. Mail

Attn: Heather Gay
Employer ID Number 29-81704
Internal Revenue Service
P.O. Box 12190
Ogden, UT 84412

Re: Estate of Eda O. Pucci
Your number: AP:CO:OGC:HDG
Form 706
TIN: 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

Dear Ms. Gay:

This letter is in response to Renee LaPee's letter dated June 1, 2007.

We were notified by letter dated April 11, 2007 from your Cincinnati office that our request for adjustment of the penalty was denied for failure to request an extension of time to pay the tax.

On April 26, 2007 I sent a letter to your Covington, Kentucky office showing that the CPA for the estate, Fisher and Bagley, had in fact sent an application for extension of time to file a return, Form 4768, on June 16, 2006. I am forwarding herewith a copy of the letter and that application.

Additionally I am sending excerpts of Wells Fargo Bank statements for November and December 2006, account number 9473234236, for the Eda O. Pucci 2000 Revocable Trust. Page 4 of the November statement shows that on November 17, 2006 a deposit of $1,760,589.81 was made. This deposit was from the sale of 2105-2107 Jackson Street, San Francisco. The December statement shows the image of a check for $1,684,408 payable to U.S. Treasury, dated December 14, 2006, less than 30 days after the deposit.

We believe that the evidence establishes that the estate applied for an extension, and paid the tax when the money became available. Accordingly, we hereby make a claim for a refund. Please provide me with any form to claim the refund.

We further request a hearing to be held by a face-to-face conference at the appeals office in San Francisco provided that by participating in such an appeal, our right to litigate the imposition of the interest and penalties in federal court will not be prejudiced.

Exhibit "G"
(Two Pages)

We will appreciate your attention to this matter.

Sincerely,

EDWARD W. SUMAN

EWS/jps
attachments (9 pages)

cc: Avv. Alberto del Carlo by fax/letter only
client/letter only
Dean A. Bagley, CPA /letter only

C:\MyDocuments\Clients\pucci\eda\III\irs.let

**Internal Revenue Service**
Appeals Office
160 Spear Street
Suite 800
San Francisco, CA 94105

**Department of the Treasury**

**Person to Contact:**
Henry Farr
Employee ID Number: 94-06796
Tel: 415-227-5004
Fax: 415-227-5061
Contact Hours: 8:00 AM TO 4:30 PM

**Refer Reply to:**
AP:FW:SFO:HJF

**In Re:**
Eda Pucci Estate

**SSN/EIN Number:**
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V

**Tax Period(s) Ended:**
00/0000

Date: AUG 3 1 2007

EDWARD W SUMAN
ATTORNEY AT LAW
881 SNEATH LANE STE 218
SAN BRUNO CA 94066

Dear Mr. SUMAN:

We are sending you the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call me at the above phone number.

Thank you for your cooperation.

Sincerely,

Kathleen Hall

for Henry Farr
Appeals Officer

cc: Eda Pucci Estate

Exhibit "H"
(Two Pages)

**Internal Revenue Service**
Appeals Office
160 Spear Street
Suite 800
San Francisco, CA 94105

**Department of the Treasury**

**Person to Contact:**
Henry Farr
Employee ID Number: 94-06796
Tel: 415-227-5004
Fax: 415-227-5061
Contact Hours: 8:00 AM TO 4:30 PM
**Refer Reply to:**
AP:FW:SFO:HJF
**In Re:**
Penalty Appeals
**Claim Amount(s):**
$58,954.28

**Tax Period(s) Ended:**
00/0000

Date:

EDA PUCCI ESTATE
RONALD B BACCEI
25 CORTE ORIENTAL APT 5
GREENBRAE CA 94904-1925

**Certified Mail**

Dear Taxpayer:

We are sorry, but we cannot allow the above claim for an adjustment to your penalty, for the following reason:

You did not request an extension of time to pay the tax.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Kathleen Hall
for Frank Medeiros
Appeals Team Manager

cc: Edward W Suman

Internal Revenue Service
Appeals Office
160 Spear Street
Suite 800
San Francisco, CA 94105

Department of the Treasury

**Person to Contact:**
Henry Farr
Employee ID Number: 94-06796
Tel: 415-227-5004
Fax: 415-227-5061
Contact Hours: 8:00 AM TO 4:30 PM
**Refer Reply to:**
AP:FW:SFO:HJF
**In Re:**
Penalty Appeals
**Claim Amount(s):**
$58,954.28

**Tax Period(s) Ended:**
00/0000

Date:

EDA PUCCI ESTATE
RONALD B BACCEI
25 CORTE ORIENTAL APT 5
GREENBRAE CA 94904-1925

**Certified Mail**

Dear Taxpayer:

We are sorry, but we cannot allow the above claim for an adjustment to your penalty, for the following reason:

You did not request an extension of time to pay the tax.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Kathleen Hall for
Frank Medeiros
Appeals Team Manager

cc: Edward W Suman

Form **4768** (Rev January 2006) Department of the Treasury Internal Revenue Service

# Application for Extension of Time To File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes

OMB No. 1545-0181

**Part I Identification**

| Decedent's first name and middle initial | Decedent's last name | Date of death |
|---|---|---|
| EDA | PUCCI | 9/17/2005 |
| Name of executor | Name of application filer (if other than the executor) | Decedent's social security number |
| RONALD B. BACCEI | | 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 |
| Address of executor (Number, street, and room or suite number) | | Estate tax return due date |
| 25 CORTE ORIENTAL, APT. 5 | | 6/19/2006 |
| City, state, and ZIP code | Domicile of decedent (county, state, and ZIP code) | Daytime telephone number |
| GREENBRAE, CA 94904 | MILLBRAE, CA | |

**Part II Extension of Time To File Form 706, 706-A, 706-D, 706-NA, or 706-QDT (Section 6081)**

## Automatic Extension

If you are applying for an automatic 6-month extension of time to file:

- Form 706, check here ► [X]
- Form 706-A, 706-D, 706-NA, or 706-QDT, indicate the form by checking the appropriate box below.
  [ ] Form 706-A [ ] Form 706-D [ ] Form 706-NA [ ] Form 706-QDT

## Additional Extension

If you are an executor out of the country applying for an extension of time to file in excess of 6 months, check here ► [ ]

Also you **must** attach a statement explaining in detail why it was impossible or impractical to file Form 706 by the due date. See the instructions.

Extension date requested:

**Part III Extension of Time To Pay (Section 6161)**

You must attach your written statement to explain in detail why it is impossible or impractical to pay the full amount of the estate (or GST) tax by the return due date. If the taxes cannot be determined because the size of the gross estate is unascertainable, check here ► [ ] and enter '-0-' or other appropriate amount on Part IV, line 3. You must attach an explanation.

Extension date requested (Not more than 12 months):

- If this request is for the tax that will be or was due with the filing of Form 706, check here ► [ ]
- If this request is for the tax that will be due as a result of an amended or supplemental Form 706, check here ► [ ]
- If this request is for additional tax due as a result of an examination of your Form 706, check here ► [ ]
- If this request is for a section 6166 installment payment, check here ► [ ]

**Part IV Payment to Accompany Extension Request**

| | | Line | Amount |
|---|---|---|---|
| 1 | Amount of estate and GST taxes estimated to be due | 1 | 131,327. |
| 2 | Amount of cash shortage (complete Part III) | 2 | |
| 3 | **Balance due** (subtract line 2 from line 1) (see instructions) | 3 | 131,327. |

## Signature and Verification

**If filed by executor** — Under penalties of perjury, I declare that I am an executor of the estate of the above-named decedent and that to the best of my knowledge and belief, the statements made herein and attached are true and correct.

Executor's signature ______ Title ______ Date ______

**If filed by someone other than the executor** — Under penalties of perjury, I declare that to the best of my knowledge and belief, the statements made herein and attached are true and correct, that I am authorized by the executor to file this application, and that I am (check box(es) that apply(ies)):

- [ ] A member in good standing of the bar of the highest court of (specify jurisdiction) ►
- [X] A certified public accountant duly qualified to practice in (specify jurisdiction) ► CALIFORNIA
- [ ] A person enrolled to practice before the Internal Revenue Service.
- [ ] A duly authorized agent holding a power of attorney. (The power of attorney need not be submitted unless requested.)

[signature] CPA — Filer's signature (other than the executor) — 6/16/2006 Date

BAA For Paperwork Reduction Act Notice, see instructions. Form 4768 (Rev 1-2006)

Exhibit "A"

GEORGE A. FISHER, CPA, A PROFESSIONAL CORPORATION

DEAN A. BAGLEY ACCOUNTANCY CORP / CPA

FISHER AND BAGLEY
CERTIFIED PUBLIC ACCOUNTANTS
510 SAN MATEO AVENUE
SAN BRUNO, CA 94066
TEL (650) 583-2905
FAX (650) 583-4673

June 16, 2006

IRS
Cincinnati, Ohio

Re: Estate of Eda Pucci, Dec'd
Date of Death: 9/17/2005
Request for extension of time to file and pay U.S. Estate Tax

To Whom It May Concern:

I am writing as the Certified Public Accountant preparing the Form 706 for the above decedent.

Enclosed is Form 4768, requesting an automatic extension of time to file.

12-17-06

In addition, I believe the tax due is the sum of $131,327, but the amount cannot be paid at this time for the following reason:

> There are more than adequate liquid assets in the Estate to pay the tax. However, due to the litigation, letters testamentary appointing Mr. Ronald B. Baccei were only approved on May 17, 2006. They were promptly delivered to the bank wherein most of the liquid assets are on deposit. The bank, however, has to date not approved the release of funds to Mr. Baccei as trustee so that the tax could be paid as such. We seek this extension of time to pay as well as asking that no penalty be asserted. The trustee has done all in his power to comply.

Yours Very Truly,

Dean A. Bagley

Fisher and Bagley

Cc: Ed Suman, ESQ
Ron Baccei, Trustee

Exhibit "B"

Internal Revenue Service
Cincinnati, OH 45999

Contact Person: Debra Gooch
Badge Number: 17 064
Telephone: 1-866-699-4083
(Toll Free Number)

September 5, 2007

Estate Tax Closing Document
(Not a bill for tax due)

RONALD B BACCEI TRUSTEE
25 CORTE ORIENTAL APT 5
GREENBRAE CA 94904

Estate Name: EDA PUCCI
Social Security Number: 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V
Date of Death: 9/17/2005

We have determined the following:

| | | |
|---|---|---|
| **NET ESTATE TAX:** | $ | 1,684,408.00 |
| **STATE DEATH TAX CREDIT/DEDUCTION*:** | $ | 0.00 |
| **GENERATION-SKIPPING TAX:** | $ | 0.00 |

These figures do not include any interest and penalties that may be charged.

Please keep this document in your permanent records. You may need it to complete administration of the estate, such as: close probate proceedings, transfer title to property, and settle state taxes. Keep it with your cancelled check(s) to show that you have met the estate tax obligation. **Proof of payment in the amount shown above releases you of personal liability (IRC 2204). If the time for payment in the amount shown above is extended under section 6161, 6163, or 6166, personal liability is not released until full payment has been received.**

We will not reopen this return unless you notify us of changes to the return, or there is evidence of misrepresentation of a material fact, a clearly defined substantial error based upon an established Service position or a serious administrative omission. (See Rev. Proc 2005-32; IRB 2005-23 page 1206.

R. A. Mitchell

Director, Compliance Campus Operations

*For dates of death after 12/31/04, this amount represents the State Death Tax Deduction.

Exhibit "C"

RX 52 000000 670 6827 17506-006-14800-7 B0014503 161
200704 000451 1004 IRS USE ONLY 545098320 SB V

Department of the Treasury
Internal Revenue Service
CINCINNATI, OH 45999-0039

assistance, call:
1-866-699-4083

**Notice Number:** CP161
**Date:** February 5, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 706
**Tax Period:**

EDA PUCCI ESTATE
RONALD B BACCEI
25 CORTE ORIENTAL APT 5
GREENBRAE CA 94904-1925052

0077

Request for Payment Federal Estate Tax

Our records show you owe $128,755.28 on your return for the above tax period.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by **February 21, 2007.** Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $1,684,408.00 |
| Total Credits | $1,684,408.00- |
| Amount Previously Refunded to You | $.00 |
| Overpayment | $.00 |
| Penalty | $58,954.28 |
| Interest | $69,801.00 |
| Amount You Owe | **$128,755.28** |

The following is a list of payments we have credited to your account for the above tax return and tax period:

| Date | Amount |
|---|---|
| 12/19/2006 | $1,684,408.00 |

For tax forms, instructions and information visit **www.irs.gov**. (Access to this site will not provide you with your specific taxpayer account information.)

Exhibit "D"

EDWARD W. SUMAN
ATTORNEY AT LAW
881 SNEATH LANE
SUITE 218
SAN BRUNO, CALIFORNIA 94066
650 583-3200
FAX: (650) 583-1689

February 15, 2007

By DHL Express Mail Waybill No. 20145149356:

Internal Revenue Service
Department of the Treasury
201 W. Rivercenter Boulevard
Covington, KY 41011

Re: Notice No. CP161
Date: February 5, 2007
TIN: 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
Tax Form: 706

To Whom It May Concern:

I represent Ronald B. Baccei, trustee and executor of the Estate Of Eda O. Pucci.

You issued the above-entitled notice assessing a penalty of $58,954.28, and interest of $69,801.

We believe that this request for payment is improper because the real estate had to be liquidated before the tax could be paid. The estate paid the tax shortly after the real estate was liquidated.

We therefore request a meeting with the appropriate Internal Revenue Service representative to discuss this matter at your Redwood City or San Francisco office.

We further request that interest and penalties stop while we attempt to informally resolve this matter. Because interest and penalties apparently will resume if payment is not received by February 21, 2007, please fax me a notice of such cessation or e-mail me at edwardsuman@sbcglobal.net upon receipt of this letter.

Your immediate response will be appreciated.

Exhibit "E"
(Two Pages)

Very truly yours,

Edward W. Suman

EWS:mlm
cc: Client
Dean A. Bagley, CPA
IRS offices at 450 Golden Gate Avenue, San Francisco, CA 94102; and 700 Jefferson Avenue, 2nd Floor, Redwood City, CA 94063

C:\MyDocuments\Clients\Pucci\Eda\IRS Form 706.ltr.doc

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0021

In reply refer to: 0283504578
Apr. 11, 2007 LTR 854C E0
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V 000000 52 000
00008761
BODC: SB

EDA PUCCI ESTATE
RONALD B BACCEI
25 CORTE ORIENTAL APT 5
GREENBRAE CA 94904-1925052

381

Taxpayer Identification Number: 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V
Tax Period(s): July 17, 2005

Form: 706

Kind of Penalty: Failure to Pay

Dear Taxpayer:

Thank you for the inquiry dated Feb. 16, 2007.

We are sorry, but the information submitted does not establish reasonable cause or show due diligence. Therefore, we must deny your request for penalty adjustment.

Our records show you filed your return by the extended due date. However you did not request an extension of time to pay the tax. Interest is charged on all late paid tax and cannot be abated for reasonable cause.

If you want to appeal or give us more information, the following will be helpful.

APPEALS PROCEDURES

If you have additional information and want your case to receive further consideration by an Appeals Officer, please provide a brief written statement of the disputed issues to the Service Center Appeals Coordinator. It should include:

1. Your name and address;
2. Your social security number or employer identification number;
3. A statement that you want to appeal the findings;
4. A statement of facts supporting your position on the issues you are appealing,
5. If possible, a statement outlining the law or other authority on which you rely.
6. A copy of this letter.

Exhibit "F"

EDWARD W. SUMAN, SBN 46026
881 Sneath Lane, Suite 218
San Bruno, CA 94066
(650) 583-3200 Telephone
(650) 583-1689 Fax

Attorney for Plaintiff,
Ronald B. Baccei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronald B. Baccei, Trustee of the Eda O.Pucci 2004 Revocable Trust,

Plaintiff,

v.

The United States of America,

Defendant.

Case No

COMPLAINT FOR REFUND OF ESTATE TAX PENALTY— DEMAND FOR JURY TRIAL

Jurisdiction

1. This action is against the U.S. Government arising under the tax laws of the United States. Plaintiff Ronald B. Baccei ("Trustee"), Trustee of the EDA O. PUCCI 2004 REVOCABLE TRUST dated October 8, 2004 ("Trust") resides in Marin County, State of California. Decedent and settlor of the Trust, Eda O. Pucci, when she died on September 17, 2005, was a dual resident of Millbrae, California, and Lucca, Italy. Her trust estate consisted primarily of improved real property in San Francisco and San Mateo Counties, State of California.

General Allegations

2. Defendant, United States of America ("United States"), at all times mentioned acted through the Internal Revenue Service ("IRS") and all acts of

the IRS are those of the United States government.

3. Trustee retained Dean A. Bagley, a certified public account ("CPA") duly qualified to practice in California, to prepare and file the federal estate tax return 706 on behalf of the Trust.

4. On June 16, 2006, Mr. Bagley filed with the IRS by mail, an application for Extension of Time to File a Return and/or Pay U.S. Estate Taxes and a letter requesting an extension of time to pay the tax, attached hereto as Exhibits "A" and "B" respectively.

5. On December 14, 2006, within a month after plaintiff sold real property, making funds available, plaintiff paid the federal estate tax of $1,684,408. Attached hereto as Exhibit "C" is the Estate Tax Closing Document showing such payment.

6. By letter dated February 5, 2007, the IRS notified plaintiff that the estate owed a penalty of $58,954.28 and interest of $69,801 on the tax of $1,684,408. Page 1 thereof is attached as Exhibit "D".

7. Plaintiff informally contested the penalty by letter to the IRS on February 15, 2007, attached as Exhibit "E".

8. On or about February 28, 2007, plaintiff paid the interest and penalty in order to prevent further charges.

9. By letter dated April 11, 2007, the IRS denied plaintiff's informal contest of the penalty, alleging that plaintiff failed to request an extension of time to pay the tax. The first page thereof is attached as Exhibit "F".

10. Plaintiff by letter dated June 12, 2007, attached as Exhibit "G," requested the IRS to refund the penalty.

11. By letter dated August 31, 2007, attached as Exhibit "H," the IRS denied plaintiff's claim for a refund stating that, "You did not request an extension of time to pay the tax."

//

First Cause of Action

12. Paragraphs 1 through 11 are incorporated herein.

13. The reason for the IRS' denial of the refund is patently erroneous. Mr. Bagley's letter to the IRS of June 16, 2006, Exhibit B, included the following: "We seek this extension of time to pay as well as asking that no penalty be asserted."

Second Cause of Action

14. Paragraphs 1 through 11 and 13 are incorporated herein.

15. Plaintiff did not prepare the application for extension of time to file a return. He retained Dean A. Bagley, CPA, to prepare all papers in connection with the federal estate tax, therefore, even if the CPA didn't request an extension of time to pay the tax, which plaintiff denies, under case law of the U.S. Supreme Court, such error is not chargeable to plaintiff, and reasonable cause is established for refund of the penalty.

Third Cause of Action

16. Paragraphs 1 through 11, 13 and 15 are incorporated herein.

17. The imposition of and refusal to refund the penalty is unconscionable and contrary to the meaning and intent of the United States Tax Code, and thus is an abuse of discretion.

Request for Jury Trial

18. Plaintiff requests trial by jury.

WHEREFORE, plaintiff requests relief as follows:

1. refund of the tax penalty of $58,954;
2. interest allowed by law on the principal;
3. attorney's fees;
4. costs of suit;
5. trial by jury;
6. other and further relief allowed by law.

Dated: October 11, 2007

______________________________
EDWARD W. SUMAN, Attorney for
Ronald B. Baccei, Plaintiff

C:\MyDocuments\Clients\Pucci\IRS\compforref.pld.doc