JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD B. BACCEI, Trustee of the Eda O. Pucci 2004 Revocable Trust,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-5329-PJH<br><br>**UNITED STATES' ANSWER** |

    COMES NOW the United States of America, by and through their undersigned counsel, and answers the Plaintiff's Complaint as follows:

    1.    Admits.

    2.    Admits.

    3.    Admits.

    4.    Denies that Plaintiff properly filed a request to extend the time to pay the tax. Admits the remaining allegations.

    5.    Denies that the payment was made on December 14, 2006, and alleges it was made on or about December 19, 2006. Admits the remaining allegations.

    6.    Admits.

    7.    Admits.

8. Denies that the payment was made on February 28, 2007, and alleges it was made on or about February 22, 2007.

9. Admits.

10. Admits.

11. Admits.

## FIRST CAUSE OF ACTION

12. Responses to paragraphs 1 through 11 are incorporated herein.

13. Denies. To the extent that this paragraph sets forth the language of Exhibit B, it does not require an answer.

## SECOND CAUSE OF ACTION

14. Responses to paragraphs 1 through 13 are incorporated herein.

15. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15.

## THIRD CAUSE OF ACTION

16. Responses to paragraphs 1 through 15 are incorporated herein.

17. Denied.

## REQUEST FOR A JURY TRIAL

18. Paragraph 18 does not require an answer.

WHEREFORE, the United States having fully answered the Plaintiff's Complaint prays as follows:

1. That the Court deny the relief requested by the plaintiff in the Complaint;

2. That the court award to the United States its costs of suit herein together with such other and further relief as the court deems just and equitable in the premises.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: *January 15, 2008*           */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the Defendant

2