```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD B. BACCEI, Trustee of the Eda O. Pucci 2004 Revocable Trust,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 07-5329-PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date: January 24, 2008<br>Time: 2:30 p.m.<br>Place: Federal Bldg., San Francisco<br>         17th Floor, Courtroom 3 |

    Plaintiff, Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust and Defendant, United States of America, submit this case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

  1. **A brief description of the events underlying the action:**

  a. **Plaintiff**

    Plaintiff filed this action seeking a refund of penalty and interest erroneously paid to the

Joint Case Management
Statement and [proposed] Order,
C:07-5329 PJH

IRS. Plaintiff contends that a valid late payment request was made and that the Trustee is entitled to a refund of the penalty paid of $58,954, and interest paid thereon.

   b. **Defendant**

   Defendant contends that the Plaintiff did not properly request an extension of the time to pay the tax, only of the time to file the tax return. Accordingly, the government contends that Plaintiff is liable for the failure to pay penalty and interest thereon, all of which has been paid.

2. **The principal factual issues which the parties dispute:**

   Defendants are not aware of any factual disputes.

3. **The principal legal issues which the parties dispute:**

   Whether Plaintiff properly requested an extension of the time to pay the tax?

4. **The other factual issues [*e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

   None.

5. **The parties which have not been served and the reasons:**

   None.

6. **The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

   None.

7. **The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:**

   a. **Plaintiff**

   Plaintiff requests a jury trial.

   b. **Defendants**

   Defendant does not consent to assignment to a US Magistrate for trial.

   **ALTERNATIVE DISPUTE RESOLUTION**

8. **Please indicate the appropriate responses.**

Joint Case Management
Statement and [proposed] Order,
C:07-5329 PJH

1 ☐ **The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by** (date) _____.

Not applicable.

☐ **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____.

Not applicable.

☐ **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____.

Not applicable.

☐ **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____.

Not applicable.

9. Please indicate any other information regarding ADR process or deadline.

a. **Parties**

The parties believe this case can be resolved by summary judgment. Accordingly, they do not believe that assignment to an ADR process at this time would be appropriate.

**DISCLOSURES**

10.     **The parties certify that they have made the following disclosures** [list disclosures of persons, documents, damage computations and insurance agreements]:

The parties agree that disclosures are not necessary in this case.

**DISCOVERY**

11.     **The parties agree to the following discovery plan** [Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]**:**

a. **Parties**

The parties would like to have a four month discovery period for written discovery and

Joint Case Management
Statement and [proposed] Order,
C:07-5329 PJH

1  depositions.

## TRIAL SCHEDULE

**12.    The parties request a trial date as follows:**

The parties do not request a trial date at this time as they intend to file cross motions for summary judgment.

**13.    The parties expect that the trial will last for the following number of days:**

Not applicable at this time.

<pre>
                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO (CSBN 44332)
                                        United States Attorney

Dated: <u>January 17, 2008</u> :        <u>/s/ Cynthia Stier</u>
                                        CYNTHIA STIER
                                        Assistant U.S. Attorney

                                        Attorneys for the United States of America

Dated: <u>January 17, 2008</u> :        <u>/s/ Edward Suman</u>
                                        EDWARD W. SUMAN
                                        Counsel for Plaintff
</pre>

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:_____

                                        THE HONORABLE PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE

Joint Case Management
Statement and [proposed] Order,
C:07-5329 PJH