UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** January 24, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** C 07-5329 PJH

**Case Name:** Ronald B. Baccei v. United States of America

**Attorney(s) for Plaintiff:** Edward Suman
**Attorney(s) for Defendant:** Cindy Stier

**Deputy Clerk:** Frank Justiliano      **Court Reporter:** None

PROCEEDINGS

Initial Case Management Conference held. Discovery to be completed by April 2, 2008. Parties to file four briefs and two motions with 25 and 20 page limits.

**Order to be prepared by:** [] Pl [] Def [] Court

**Notes:**

**cc:** chambers