UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

**Date:** January 24, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** C 07-5329 PJH

**Case Name:** Ronald B. Baccei v. United States of America

**Attorney(s) for Plaintiff:**     Edward Suman
**Attorney(s) for Defendant:**    Cindy Stier

**Deputy Clerk**: Frank Justiliano     **Court Reporter**: None

PROCEEDINGS

Initial Case Management Conference held. Cross motions for summary judgment to be filed by April 2, 2008.

**Notes:**

**cc:** chambers