JOSEPH RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RONALD B. BACCEI, Trustee of the Eda O. Pucci 2004 Revocable Trust,**<br><br>       **Plaintiff,**<br>     v.<br><br>**UNITED STATES OF AMERICA,**<br><br>       **Defendant.** | Case No. 07-5329-PJH<br><br>**STIPULATED FACTS<br>FOR CROSS-MOTIONS<br>FOR SUMMARY JUDGMENT** |

   The parties, Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust, and Defendant, United States of America, hereby stipulate to the following facts for purposes of filing cross-motions for summary judgment.

**STATEMENT OF FACTS**

   Decedent, Eda O. Pucci, died on September 17, 2005. Ronald B. Baccei, executor of the estate of Eda O. Pucci, retained Dean A. Bagley, a certified public accountant,  to prepare and file the Form 706 Federal Estate Tax Return on behalf of the Eda O. Pucci Revocable Trust.  On June 16, 2006, Bagley filed with the IRS an  Application for Extension of Time to File a Return and/or Pay U.S. Estate Taxes ("Form 4768"), requesting an automatic six month extension to file the Estate Tax Return. The extended due date for filing the return was December 19, 2006. CPA Bagley completed Parts I, II, and IV of the Form 4768 but did not complete Part III (Extension of Time to Pay - Section 6161).  The Application for Extension of Time to File a

Return reports estimated estate tax due of $131,327. The Form 4768 was submitted with a letter which states that the estimated amount of tax due could not be paid at that time because of legal issues involving Mr. Baccei's status as the executor of the estate and the bank would not release control of the funds to Mr. Bacccei. The Estate Tax Return was received by the IRS on December 19, 2006 and reports estate taxes due and owing in the amount of $1,684,408. On December 19, 2006, the IRS credited the Pucci estate with payment of federal estate tax of $1,684.408. Plaintiff Baccei's check for the payment was dated December 14, 2006. By letter dated February 5, 2007, the IRS notified Baccei that the estate owed a penalty of $58,954.28 and interest of $69,801 on the tax of $1,684,408 because the payment had not been timely made. Payment in the amount of $128,755.28 was made on February 22, 2007, for the assessed penalty and interest..

Plaintiff informally contested the penalty by letter to the IRS on February 15, 2007. By letter dated April 11, 2007, the IRS denied Baccei's informal contest of the penalty, alleging that Baccei had failed to request an extension of time to pay the tax. Baccei, by letter dated June 12, 2007, requested that the IRS refund the late payment penalty. By letter dated August 31, 2007, the IRS denied Baccei's claim for a refund stating, "You did not request an extension of time to pay the tax." Baccei filed this action seeking a refund of the penalty and interest alleging (1) that a timely application for extension of time had been filed or (2) that reasonable cause is established for refund of the penalty, or (3) that failure to refund the penalty is unconscionable and, contrary to the meaning and intent of the Tax Code and an abuse of discretion.

Respectfully submitted,

JOSEPH P. RUSSONIELLO (CSBN 44332)  
United States Attorney

Dated: *March 14, 2008* :       */s/ Cynthia Stier*  
CYNTHIA STIER  
Assistant U.S. Attorney

Attorneys for the United States of America

Dated: *March 14, 2008*        */s/ Edward Suman*  
EDWARD W. SUMAN  
Counsel for Plaintiff