GEORGE A. FISHER, CPA, A PROFESSIONAL CORPORATION                    DEAN A. BAGLEY ACCOUNTANCY CORP/CPA

FISHER AND BAGLEY
CERTIFIED PUBLIC ACCOUNTANTS
510 SAN MATEO AVENUE
SAN BRUNO, CA 94066
TEL (650) 583-2905
FAX (650) 583-4673

June 16, 2006

IRS
Cincinnati, Ohio

Re: Estate of Eda Pucci, Dec'd
Date of Death: 9/17/2005
Request for extension of time to file and pay U.S. Estate Tax

To Whom It May Concern:

I am writing as the Certified Public Accountant preparing the Form 706 for the above decedent.

Enclosed is Form 4768, requesting an automatic extension of time to file.

In addition, I believe the tax due is the sum of $131,327, but the amount cannot be paid at this time for the following reason:

> There are more than adequate liquid assets in the Estate to pay the tax. However, due to the litigation, letters testamentary appointing Mr. Ronald B. Baccei were only approved on May 17, 2006. They were promptly delivered to the bank wherein most of the liquid assets are on deposit. The bank, however, has to date not approved the release of funds to Mr. Baccei as trustee so that the tax could be paid as such. We seek this extension of time to pay as well as asking that no penalty be asserted. The trustee has done all in his power to comply.

Yours Very Truly,

Fisher and Bagley

Cc: Ed Suman, ESQ
    Ron Baccei, Trustee