EDWARD W. SUMAN, SBN 46026
881 Sneath Lane, Suite 218
San Bruno, CA 94066
(650) 583-3200 Telephone
(650) 583-1689 Fax

Attorney for Plaintiff,
Ronald B. Baccei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust,<br><br>       Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>       Defendant. | Case No. C 07 5329 PJH<br><br>DECLARATION OF RONALD B. BACCEI |

    I, Ronald B. Baccei, am the trustee of the Eda O. Pucci 2004 Revocable Trust, and Executor of the Estate of Eda O. Pucci. I have personal knowledge of the following facts and if called as a witness can testify to the truth thereof.

    I am a retired carpenter. I did not graduate from high school, as I left early to begin working. I am inexperienced in the preparation of tax returns. I don't prepare my own tax returns. H&R Block did them for an estimated 20 years and now I have another accountant who prepares my returns.

    I have been a personal representative for an estate valued at approximately $20,000, and for my father's estate, valued at an estimated $200,000. I paid bills and distributed the assets in those estates, but I did not prepare any tax returns.

---

DECLARATION OF RONALD B. BACCEI [Case No. C 07 5329 PJH]

1   Dean A. Bagley prepared federal and state tax returns for my aunt Eda O. Pucci, and her husband Armando Pucci for many years. Mr. Bagley, is a licensed CPA in good standing, and has been very familiar with their estate before and after their deaths.

Since Eda O. Pucci's death on September 17, 2005, I have kept accurate financial records of her estate. At the time of her death, the primary assets of her estate consisted of real property in San Francisco, San Mateo and Lake counties, but not nearly enough liquid assets to pay the federal estate taxes of $1,684,408.

I provided all financial information necessary for preparation of the federal estate tax return to Mr. Bagley, either directly or through my attorney, Edward Suman. I authorized Mr. Bagley to prepare all appropriate tax papers and returns, and Mr. Suman to handle the transfer of title to the properties to me as trustee, so that they would be marketable. When marketable titles were established, I retained Malta & Company, Inc., San Francisco realtors to list the San Francisco and San Mateo county properties. The first parcel of real property sold was 2105-2107 Jackson Street, San Francisco. $1,760,589.81 was realized from the sale on November 17, 2006.

On December 14, 2006, I issued a check in the amount of $1,684,408 to the United States Treasury in payment of the federal estate taxes. A true copy of that check is attached as Exhibit A. I made no distributions prior to the payment of this tax.

On February 5, 2007, the IRS sent a Request for Payment of a penalty of $58,954.28 and interest of $69,801. On or about February 28, 2007, I paid the interest and penalty to the Internal Revenue Service.

I did not at any time do anything or fail to do anything for the purpose of delaying or reducing tax obligations to the IRS.

I declare that the foregoing is true and correct under penalty of perjury

under the laws of the State of California.

Dated: March ____, 2008            _____
                                             Ronald B. Baccei

C:\MyDocuments\Clients\Pucci\IRS\decBaccei.pld.rev.doc

---

DECLARATION OF RONALD B. BACCEI [Case No. C 07 5329 PJH]
3