

**WELLS FARGO**

## Check Images

Your PMA relationship number:
1140000009473234236

Statement period: Dec 01-Dec 31, 2006

Image page: 1 of 1

```
EDA O PUCCI 2004 REVOCABLE TRUST                          105
RONALD B BACCI TTE
38 CORTE ORIENTAL APT 1
GREENBRAE, CA 94904-1923
                                    12/14/06
                                        DATE
PAY TO THE
ORDER OF  United States Treasury        $ 1,684,408.00
One million six hundred eighty four thousand
Four hundred eight and no/100----------- DOLLARS

FOR State Tax Time            Ronald B Bacci Trustee
```

REF#0110154973  CK#    105  1684408.00

Exhibit "A"

582226