EDWARD W. SUMAN, SBN 46026
881 Sneath Lane, Suite 218
San Bruno, CA 94066
(650) 583-3200 Telephone
(650) 583-1689 Fax

Attorney for Plaintiff,
Ronald B. Baccei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust,<br><br>  Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>  Defendant. | Case No. C 07 5329 PJH<br><br>NOTICE OF MOTION FOR SUMMARY JUDGMENT<br><br>Date:  May 7, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

To defendant and its attorney of record:

NOTICE IS GIVEN that on May 7, 2008 at 9:00 a.m. in Courtroom 3, 17th floor, plaintiff Ronald B. Baccei will make a motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, Rule 56, on the grounds that no genuine issue exists as to any material fact.

The motion will be based on the complaint, answer, Stipulated Statement of Facts filed by defendant; Declaration of Ronald B. Baccei; Declaration of Dean A. Bagley, CPA; and Memorandum of Points and Authorities In Support of Motion For Summary Judgment.

1
2
3   Dated:  March ____, 2008        _____
4                                    EDWARD W. SUMAN
                                     Attorney for Plaintiff Ronald B. Baccei
5
6
7
    C:\MyDocuments\Clients\Pucci\IRS\MemP&ASJ.pld.doc
8
9
10
...
28