EDWARD W. SUMAN, SBN 46026
881 Sneath Lane, Suite 218
San Bruno, CA 94066
(650) 583-3200 Telephone
(650) 583-1689 Fax

Attorney for Plaintiff,
Ronald B. Baccei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust,<br><br>    Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>    Defendant. | Case No: CV-05329-PJH<br><br>DECLARATION OF DEAN A. BAGLEY, CPA |

    I Dean A. Bagley have personal knowledge of the following facts and if called as a witness can testify to the truth thereof.

    I am a licensed Certified Public Accountant and have practiced with an emphasis on tax matters at Fisher and Bagley, CPA's, 510 San Mateo Avenue, San Bruno, California 94066 for over twenty-five years.

    I was formerly employed as an agent for the Internal Revenue Service.

    I prepared tax returns for Eda O. Pucci and her husband, Armando Pucci, for many years prior to their deaths.  Following the death of Eda O. Pucci on September 17, 2005, who survived her husband, their successor trustee and executor Ronald B. Baccei, became her personal representative

DECLARATION OF DEAN A. BAGLEY, CPA (Case No: CV-05329-PJH)

1

1  He provided all information necessary to prepare the federal estate tax return for her estate. The major assets of the estate consisted of real property, none of which had been sold as of June 2006. Based on such information I determined in June 2006 that there were insufficient liquid assets to pay the federal estate tax.

The federal estate tax return was due June 19, 2006. On June 16, 2006 I applied for an automatic six month extension of time for file by executing and sending Form 4768, an Application for Extension of Time to File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes, and a letter entitled Request for Extension of Time to File and Pay U.S. Estate Tax which explained why this extension of time to pay was requested. True copies of that Form 4768 and letter of June 16, 2006 are attached collectively as Exhibit "A".

All deadlines to file for an extension and to pay the taxes were met.

I declare that the foregoing is true and correct under penalty of perjury.

Dated: February ____, 2008          _____
                                     Dean A. Bagley, CPA

C:\MyDocuments\Clients\Pucci\IRS\DECBAG.pld.doc

_____
DECLARATION OF DEAN A. BAGLEY, CPA (Case No: CV-05329-PJH)

2