Form **4768**
(Rev January 2006)
Department of the Treasury
Internal Revenue Service

**Application for Extension of Time To File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes**

OMB No. 1545-0181

### Part I — Identification

| Decedent's first name and middle initial | Decedent's last name | Date of death |
|---|---|---|
| EDA | PUCCI | 9/17/2005 |

| Name of executor | Name of application filer (if other than the executor) | Decedent's social security number |
|---|---|---|
| RONALD B. BACCEI | | 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 |

| Address of executor (Number, street, and room or suite number) | Estate tax return due date |
|---|---|
| 25 CORTE ORIENTAL, APT. 5 | 6/19/2006 |

| City, state, and ZIP code | Domicile of decedent (county, state, and ZIP code) | Daytime telephone number |
|---|---|---|
| GREENBRAE, CA 94904 | MILLBRAE, CA | |

### Part II — Extension of Time To File Form 706, 706-A, 706-D, 706-NA, or 706-QDT (Section 6081)

**Automatic Extension**

If you are applying for an automatic 6-month extension of time to file:
- Form 706, check here ................................................................................................ ► [X]
- Form 706-A, 706-D, 706-NA, or 706-QDT, indicate the form by checking the appropriate box below.
  [ ] Form 706-A    [ ] Form 706-D    [ ] Form 706-NA    [ ] Form 706-QDT

**Additional Extension**

If you are an executor out of the country applying for an extension of time to file in excess of 6 months, check here ..... ► [ ]

Also you **must** attach a statement explaining in detail why it was impossible or impractical to file Form 706 by the due date. See the instructions.

Extension date requested: _____

### Part III — Extension of Time To Pay (Section 6161)

You must attach your written statement to explain in detail why it is impossible or impractical to pay the full amount of the estate (or GST) tax by the return due date. If the taxes cannot be determined because the size of the gross estate is unascertainable, check here ► [ ] and enter '-0-' or other appropriate amount on Part IV, line 3. You must attach an explanation.

Extension date requested (Not more than 12 months): _____

- If this request is for the tax that will be or was due with the filing of Form 706, check here .................... ► [ ]
- If this request is for the tax that will be due as a result of an amended or supplemental Form 706, check here .... ► [ ]
- If this request is for additional tax due as a result of an examination of your Form 706, check here ............. ► [ ]
- If this request is for a section 6166 installment payment, check here .................................................. ► [ ]

### Part IV — Payment to Accompany Extension Request

| | | |
|---|---|---|
| 1  Amount of estate and GST taxes estimated to be due ............................................ | 1 | 131,327. |
| 2  Amount of cash shortage (complete Part III) ...................................................... | 2 | |
| 3  Balance due (subtract line 2 from line 1) (see instructions) ..................................... | 3 | 131,327. |

**Signature and Verification**

If filed by executor — Under penalties of perjury, I declare that I am an executor of the estate of the above-named decedent and that to the best of my knowledge and belief, the statements made herein and attached are true and correct.

_____   _____   _____
Executor's signature                       Title                               Date

If filed by someone other than the executor — Under penalties of perjury, I declare that to the best of my knowledge and belief, the statements made herein and attached are true and correct, that I am authorized by the executor to file this application, and that I am (check box(es) that apply(ies)):

[ ] A member in good standing of the bar of the highest court of (specify jurisdiction) ► _____
[X] A certified public accountant duly qualified to practice in (specify jurisdiction) ► CALIFORNIA
[ ] A person enrolled to practice before the Internal Revenue Service.
[ ] A duly authorized agent holding a power of attorney. (The power of attorney need not be submitted unless requested.)

_____/s/ Dean A. Bagley CPA_____                                    6/16/2006
Filer's signature (other than the executor)                          Date

BAA  For Paperwork Reduction Act Notice, see instructions.                    Form **4768** (Rev 1-2006)

Exhibit "A" (2 pages)

FDFRA2212L  01/05/06

GEORGE A. FISHER, CPA, A PROFESSIONAL CORPORATION                                    DEAN A. BAGLEY ACCOUNTANCY CORP/CPA

FISHER AND BAGLEY
CERTIFIED PUBLIC ACCOUNTANTS
510 SAN MATEO AVENUE
SAN BRUNO, CA 94066
TEL (650) 583-2905
FAX (650) 583-4673

June 16, 2006

IRS
Cincinnati, Ohio

Re: Estate of Eda Pucci, Dec'd
Date of Death: 9/17/2005
Request for extension of time to file and pay U.S. Estate Tax

To Whom It May Concern:

I am writing as the Certified Public Accountant preparing the Form 706 for the above decedent.

Enclosed is Form 4768, requesting an automatic extension of time to file.

In addition, I believe the tax due is the sum of $131,327, but the amount cannot be paid at this time for the following reason:

> There are more than adequate liquid assets in the Estate to pay the tax. However, due to the litigation, letters testamentary appointing Mr. Ronald B. Baccei were only approved on May 17, 2006. They were promptly delivered to the bank wherein most of the liquid assets are on deposit. The bank, however, has to date not approved the release of funds to Mr. Baccei as trustee so that the tax could be paid as such. We seek this extension of time to pay as well as asking that no penalty be asserted. The trustee has done all in his power to comply.

Yours Very Truly,

Fisher and Bagley

Cc: Ed Suman, ESQ
    Ron Baccei, Trustee