UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 7, 2008                      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5329 PJH
**Case Name:** Ronald B. Baccei v. United States of America

**Attorney(s) for Plaintiff:**    Edward W. Suman
**Attorney(s) for Defendant:**    Cynthia Stier

**Deputy Clerk**: Nichole Heuerman        **Court Reporter**: Kathy Wyatt

**PROCEEDINGS**

    Plaintiff's Motion for Summary Judgment-Held. The court takes the matter under submission.

    Defendant's Motion for Summary Judgment-Held. The court takes the matter under submission.

**Order to be prepared by:**    [] Pl [] Def [x] Court

**Notes:**

**cc:** file