United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD B. BACCEI, Trustee of the
Eda O. Pucci 2004 Revocable Trust,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C 07-5329 PJH

**ORDER DIRECTING FURTHER BRIEFING**

On May 7, 2008, the court heard argument in the parties' cross-motions for summary judgment. The primary issue briefed by the parties was whether the Form 4768 Application for Extension of Time to File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer), submitted by plaintiff's accountant in conjunction with a letter, was sufficient to constitute a request for an extension of time to pay the estate taxes owed by the trust of which plaintiff is the trustee.

At the hearing, counsel for defendant United States of America, AUSA Cynthia Stier, did not argue the issue presented in the cross-motions, but rather argued that under the applicable Treasury Department regulations, the Form 4768 plus the accompanying letter did not provide grounds for finding "reasonable cause" for the government to grant plaintiff's request. Plaintiff's counsel objected to this attempt to argue an issue to the court which had not been briefed by the parties.

It is inconceivable to the court that counsel for the United States would omit the "reasonable cause" argument from its brief and instead chose to raise it only at the hearing,

without giving the plaintiff an opportunity to respond in writing, and without giving the court the benefit of both perspectives on the applicable law.  The United States is hereby ORDERED to address this issue in a supplemental brief, not to exceed five pages exclusive of any exhibits or accompanying declarations, to be filed no later than Monday, May 12, 2008.  Plaintiff's supplemental brief, with the same page limitation, shall be filed no later than Monday, May 19, 2008.  The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: May 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge