EDWARD W. SUMAN, SBN 46026
881 Sneath Lane, Suite 218
San Bruno, CA 94066
(650) 583-3200 Telephone
(650) 583-1689 Fax

Attorney for Plaintiff,
Ronald B. Baccei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. C 07 5329 PJH<br><br>[PROPOSED] ORDER; JOINT STATEMENT TO THE COURT REGARDING ISSUE OF WHETHER PLAINTIFF ACTED WITH WILLFUL NEGLECT |

Plaintiff Ronald B. Baccei and defendant The United States of America, pursuant to the order re cross-motions for summary judgment by The Honorable Phyllis J. Hamilton dated June 26, 2008, request the Court to resolve the remaining issue as to whether plaintiff acted with willful neglect as follows:

The parties will submit papers supporting their respective positions, which may include points and authorities and/or declarations, to be filed within twenty days of the Court's order approving this request. Each party will have ten days after the twenty-day period to file a response, if any.

//
//

[PROPOSED] ORDER; JOINT STATEMENT TO THE COURT REGARDING ISSUE OF WHETHER PLAINTIFF ACTED WITH WILLFUL NEGLECT [Case No. C 07 5329 PJH]

1

EXHIBIT ___/___

1  [PROPOSED] ORDER; JOINT STATEMENT TO THE COURT
   REGARDING ISSUE OF WHETHER PLAINTIFF ACTED WITH WILLFUL NEGLECT
2
3                                              Respectfully submitted,
4
   Dated: July 17, 2008
5
                                               _____
6                                              EDWARD W. SUMAN
                                               Attorney for Plaintiff Ronald B. Baccei
7
8  IT IS SO ORDERED:
9
   Dated: _____         _____
10
                                          PHYLLIS J. HAMILTON
11                                        United States District Judge

C:\MyDocuments\Clients\Pucci\IRS\JointStmtNeglect.pld.doc