UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD B. BACCEI,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C 07-5329 PJH

**FURTHER ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT**

    The court has reconsidered its June 26, 2008, order granting in part and denying in part the motion of defendant United States of America for summary judgment. The court finds that the motion must be GRANTED in its entirety.

    In order to prevail in his claim for refund of the penalty imposed by the Internal Revenue Service for late payment of federal income tax, plaintiff bears the burden of presenting evidence showing that the failure to make timely payment "is due to reasonable cause <u>and</u> not due to willful neglect." 26 U.S.C. § 6651(a) (emphasis added). In the June 26, 2008, order, the court found that plaintiff had failed to provide evidence establishing reasonable cause. Thus, it is unnecessary for the court to address the question of willful neglect.

**IT IS SO ORDERED.**

Dated: August 12, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge