UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD B. BACCEI,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 07-5329 PJH

**JUDGMENT**

This matter having been fully heard, and the court having granted the motion of defendant United States of America for summary judgment,

It is Ordered and Adjudged

that plaintiff Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust, take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: August 12, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge