EDWARD W. SUMAN, SBN 46026
881 Sneath Lane, Suite 218
San Bruno, CA 94066
(650) 583-3200 Telephone
(650) 583-1689 Fax

Attorney for Plaintiff,
Ronald B. Baccei



FILED
08 SEP -3 PM 3:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald B. Baccei, Trustee of the Eda O. Pucci 2004 Revocable Trust, | Case No: C07-05329-PJH |
| Plaintiff, | NOTICE OF APPEAL |
| v. | |
| The United States of America, | |
| Defendant. | |

Plaintiff hereby appeals the judgment granting the motion by defendant, United States of America, for summary judgment and dismissal of the action dated August 12, 2008.

Respectfully Submitted,

Dated: August 25, 2008

EDWARD W. SUMAN
Attorney for Plaintiff

C:\MyDocuments\Clients\Pucci\noticeofappeal.pld.doc

---

NOTICE OF APPEAL (Case No: CV-05329-PJH)

1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611023043
Cashier ID: almaceh
Transaction Date: 09/03/2008
Payer Name: EDWARD W SUMAN
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: R BACCEI
 Case/Party: D-CAN-3-07-CV-005329-001
 Amount:      $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 17938
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```