UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

September 4, 2008

**CASE INFORMATION:**
Short Case Title: Baccei v. USA
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: Northern District of California, Civil Division, Judge Hamilton
Criminal and/or Civil Case No.: CV-07-5329 PJH
Date Complaint/Indictment/Petition Filed:  10/18/07
Date Appealed order/judgment *entered* 8/13/08
Date NOA *filed* 9/3/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):      ☐ granted in full (attach order)      ☐ denied in full (send record)
                             ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Kathy Wyatt 415-487-9834
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 9/3/08                           Date Docket Fee Billed:
Date FP granted:                                        Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:

SEE DOCKET SHEET

☐ retained   ☐ CJA   ☐ FPD ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Felicia Reloba
415-522-2000