1  EDWARD W. SUMAN, SBN 46026
   881 Sneath Lane, Suite 218
2  San Bruno, CA 94066
   (650) 583-3200 Telephone
3  (650) 583-1689 Fax

4  Attorney for Plaintiff,
   Ronald B. Baccei
5

FILED

08 SEP -3 PM 3: 43

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  Ronald B. Baccei, Trustee of the Eda          Case No: C07-05329-PJH
    O.Pucci 2004 Revocable Trust,
12                                                 NOTICE OF APPEAL

13              Plaintiff,

14  v.

15  The United States of America,

16              Defendant.

17       Plaintiff hereby appeals the judgment granting the motion by defendant,

18  United States of America, for summary judgment and dismissal of the action
19
20  dated August 12, 2008.

21                                    Respectfully Submitted,

22  Dated:  August 25, 2008

23                                    EDWARD W. SUMAN
                                      Attorney for Plaintiff
24

25  C:\MyDocuments\Clients\Pucci\noticeofappeal.pld.doc

26

27

28

NOTICE OF APPEAL (Case No: CV-05329-PJH)

1

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611023043
Cashier ID: almaceh
Transaction Date: 09/03/2008
Payer Name: EDWARD W SUMAN
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: R BACCEI
 Case/Party: D-CAN-3-07-CV-005329-001
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 17938
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.