APPEAL, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05329-PJH
### Internal Use Only

| | |
|---|---|
| Baccei v. The United States of America | Date Filed: 10/18/2007 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 08/13/2008 |
| Demand: $59,000 | Jury Demand: Plaintiff |
| Cause: 26:7422 IRS: Refund Taxes | Nature of Suit: 870 Taxes |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Ronald B. Baccei**
*Trustee of the Eda O. Pucci 2004 Revocable Trust*

represented by **Edward W. Suman**
Attorney At Law
881 Sneath Lane
Suite 218
San Bruno , CA 94066
650-583-3200
Fax: 650-583-1689
Email: edwardsuman@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The United States of America**

represented by **Cynthia Lewis Stier**
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
Box 36055
San Francisco , CA 94102
415-436-7017
Fax: 415-436-6748
Email: cynthia.stier@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2007 | 1 | COMPLAINT for Refund of Estate Tax Penalty against The United States of America; Demand for Jury Trial ( Filing fee $ 350, receipt number 34611011645). Filed byRonald B. Baccei. (far, COURT STAFF) (Filed on 10/18/2007) Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 11/2/2007 (far, COURT STAFF). (Entered: 10/19/2007) |
| 10/18/2007 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/19/2007) |
| 10/18/2007 | 2 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 1/17/2008. Case Management Conference set for 1/24/2008 02:30 PM. (far, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/19/2007) |
| 10/18/2007 | | Summons Issued as to The United States of America. (far, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/19/2007) |
| 10/25/2007 | 3 | CLERK'S NOTICE re: Complaint 1 ; Failure to E-File and/or Failure to Register as an E-Filer (far, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 01/15/2008 | 4 | ANSWER to 1 Complaint by The United States of America. (Stier, Cynthia) (Filed on 1/15/2008) Modified on 1/16/2008 (far, COURT STAFF). (Entered: 01/15/2008) |
| 01/17/2008 | 5 | JOINT CASE MANAGEMENT STATEMENT *and [Proposed] Order* filed by The United States of America. (Stier, Cynthia) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/25/2008 | 6 | Minute Entry: Initial Case Management Conference held on 1/24/2008 before Phyllis J. Hamilton (Date Filed: 1/25/2008). Discovery to be completed by 4/2/08. (Court Reporter None.) (fj, COURT STAFF) (Date Filed: 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | | Set/Reset Deadlines: Discovery to be completed by 4/2/2008. (far, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 7 | Minute Entry: Initial Case Management Conference held on 1/24/2008 before Phyllis J. Hamilton (Date Filed: 1/28/2008). Cross Motions for summary judgment due by 4/2/2008. (Court Reporter None.) (fj, COURT STAFF) (Date Filed: 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | | (Court only) ***Deadlines terminated. (fj, COURT STAFF) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 03/19/2008 | 8 | STIPULATED FACTS For Cross-Motions For Summary Judgment by The United States of America. (Stier, Cynthia) (Filed on 3/19/2008) Modified on 3/20/2008 (far, COURT STAFF). (Entered: 03/19/2008) |
| 03/19/2008 | 9 | DECLARATION of Cynthia Stier In Support Of 10 Motion For Summary Judgment filed byThe United States of America. (Stier, Cynthia) (Filed on 3/19/2008) Modified on 3/20/2008 (far, COURT STAFF). (Entered: 03/19/2008) |
| 03/19/2008 | 10 | MOTION for Summary Judgment filed by The United States of America. (Attachments: # 1 Exhibit 1)(Stier, Cynthia) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/28/2008 | 11 | DECLARATION of Ronald B. Baccei (Attachments: # 1 Exhibit letter, # 2 Exhibit application)(Suman, Edward) (Filed on 3/28/2008) Modified on 3/31/2008 (far, COURT STAFF). (Entered: 03/28/2008) |
| 03/28/2008 | 12 | DECLARATION of Ronald B. Baccei (Attachments: # 1 Exhibit check)(Suman, Edward) (Filed on 3/28/2008) Modified on 3/31/2008 (far, COURT STAFF). (Entered: 03/28/2008) |
| 03/28/2008 | 13 | MEMORANDUM of Points and Authorities in Support of 14 Motion for Summary Judgment (Suman, Edward) (Filed on 3/28/2008) Modified on 3/31/2008 (far, COURT |

| | | |
|---|---|---|
| | | STAFF). (Entered: 03/28/2008) |
| 03/28/2008 | 14 | MOTION for Summary Judgment filed by Ronald B. Baccei. Motion Hearing set for 5/7/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Suman, Edward) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 15 | MEMORANDUM of Points and Authorities in Opposition to 10 Defendants Motion for Summary Judgment (Suman, Edward) (Filed on 3/28/2008) Modified on 3/31/2008 (far, COURT STAFF (Entered: 03/28/2008) |
| 03/28/2008 | | (Court only) ***Motions terminated: 15 Memorandum of Points and Authorities filed by Ronald B. Baccei, 12 Declaration of Ronald B. Baccei filed by Ronald B. Baccei, 11 Declaration of Ronald B. Baccei filed by Ronald B. Baccei, 13 Memorandum of Points and Authorities filed by Ronald B. Baccei. (far, COURT STAFF) (Filed on 3/28/2008) (Entered: 03/31/2008) |
| 04/03/2008 | 16 | Declaration of Dean A. Bagley filed byRonald B. Baccei. (Attachments: # 1 Exhibit Form 4768, # 2 Exhibit Bagley letter to IRS)(Suman, Edward) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/09/2008 | 17 | OPPOSITION TO 10 PLAINTIFFS MOTION FOR SUMMARY JUDGMENT filed by The United States of America. (Stier, Cynthia) (Filed on 4/9/2008) Modified on 4/10/2008 (far, COURT STAFF). (Entered: 04/09/2008) |
| 05/07/2008 | 18 | Minute Entry: Motion Hearing held on 5/7/2008 before Phyllis J. Hamilton re 10 MOTION for Summary Judgment filed by The United States of America, 14 MOTION for Summary Judgment filed by Ronald B. Baccei. (Court Reporter Kathy Wyatt (415) 487-9834) (nah, COURT STAFF) (Date Filed: 5/7/2008) Modified on 5/7/2008 (far, COURT STAFF). (Entered: 05/07/2008) |
| 05/07/2008 | 19 | ORDER DIRECTING FURTHER BRIEFING. Signed by Judge Hamilton on 5/7/2008. (pjhlc1, COURT STAFF) (Filed on 5/7/2008) (Entered: 05/07/2008) |
| 05/09/2008 | 20 | FURTHER BRIEFING BY THE UNITED STATES filed byThe United States of America. (Stier, Cynthia) (Filed on 5/9/2008) Modified on 5/9/2008 (far, COURT STAFF). (Entered: 05/09/2008) |
| 05/15/2008 | 21 | SUPPLEMENTAL BRIEF filed by Ronald B. Baccei. (Suman, Edward) (Filed on 5/15/2008) Modified on 5/19/2008 (far, COURT STAFF). (Entered: 05/15/2008) |
| 05/15/2008 | | (Court only) ***Motions terminated: 21 Supplemental Brief filed by Ronald B. Baccei. (far, COURT STAFF) (Filed on 5/15/2008) (Entered: 05/19/2008) |
| 05/15/2008 | | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 5/15/2008) (Entered: 05/19/2008) |
| 06/26/2008 | 22 | ORDER by Judge Hamilton granting in part and denying in part 10 Motion for Summary Judgment; denying 14 Motion for Summary Judgment (pjhlc1, COURT STAFF) (Filed on 6/26/2008) (Entered: 06/26/2008) |
| 07/18/2008 | 23 | JOINT STATEMENT BY THE PARTIES PURSUANT TO ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT filed by The United States of America. (Attachments: # 1 Exhibit 1)(Stier, Cynthia) (Filed on 7/18/2008) Modified on 7/21/2008 (far, COURT STAFF). (Entered: 07/18/2008) |

| | | |
|---|---|---|
| 08/13/2008 | 24 | ORDER. Signed by Judge Hamilton on 8/12/2008. (pjhlc1, COURT STAFF) (Filed on 8/13/2008) (Entered: 08/13/2008) |
| 08/13/2008 | 25 | JUDGMENT. Signed by Judge Hamilton on 8/12/2008. (pjhlc1, COURT STAFF) (Filed on 8/13/2008) (Entered: 08/13/2008) |
| 08/13/2008 | | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 8/13/2008) (Entered: 08/13/2008) |
| 09/03/2008 | 26 | NOTICE OF APPEAL as to 25 Judgment, 24 Order by Ronald B. Baccei. Filing fee $ 455, Receipt Number 34611023043. (far, COURT STAFF) (Filed on 9/3/2008) (Entered: 09/04/2008) |